UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-09780 JAK (KSx) | Date | April 4, 2016 |
| Title | Jamil Littlejohn v. Financial Credit Network, Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Rachel R. Stevens (via teleconference) | Andrew M. Steinheimer (via teleconference) |

**Proceedings:**     **SCHEDULING CONFERENCE**

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' March 25, 2016 Joint Report and sets the following deadlines:

| | |
|---|---|
| April 29, 2016: | Last day to amend or add parties |
| July 15, 2016: | Last day to participate in a settlement conference/mediation |
| July 22, 2016: | Last day to file notice of settlement / joint report re settlement |
| August 6, 2016 at 1:30 p.m.: | Post Mediation Status Conference |
| August 29, 2016: | Non-Expert Discovery Cut-Off |
| September 6, 2016: | Initial Expert Disclosures |
| September 12, 2016: | Last day to file motions *(including discovery motions)* |
| September 16, 2016: | Rebuttal Expert Disclosures |
| September 30, 2016: | Expert Discovery Cut-Off |
| December 5, 2016: | Last day to hear motions *(including discovery motions)* |
| December 19, 2016: | Anticipated ruling on all motions |
| January 9, 2017: | Last day to file all pretrial documents |
| January 23, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV15-09780 JAK (KSx) | Date | April 4, 2016 |
| Title | Jamil Littlejohn v. Financial Credit Network, Inc. | | |

January 31, 2017 at 9:00 a.m.:     Jury Trial (est. tbd days)

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on August 6, 2016, if such notice is filed on or before July 22, 2016. If a notice of settlement is not filed, counsel shall file a joint report by July 22, 2016, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 8.

**IT IS SO ORDERED.**

|                     |   : | 10 |
|---|---|---|
| Initials of Preparer | ak | |