```
1  Mark E. Ellis - 127159
   Amanda N. Griffith - 288164
2  ELLIS LAW GROUP LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  agriffith@ellislawgrp.com

6  Attorneys for Defendant FINANCIAL CREDIT NETWORK

7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMIL LITTLEJOHN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　Defendant. | Case No.:  2:15-cv-09780 JAK KS<br><br>**JOINT EXHIBIT LIST**<br><br>**Pre Trial:**　　January 23, 2017<br>**Time:**　　　　3:00 p.m.<br>**Courtroom:**　　10B<br><br>**Trial Date:**　　January 31, 2017<br><br>**HONORABLE JOHN A. KRONSTADT** |
|---|---|

Pursuant to Local Rule 16-6.1 the parties hereby submit their Joint Exhibit List.

| No. of Ex. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Complaint | X | X | | |
| 2 | Answer | X | X | | |
| 3 | October 21, 2015 Letter from Kimmel to FCN | X | X | | |
| 4 | Collection Notes – Jay Littlejohn (FCN 1-5) | X | X | | |
| 5 | Collection Notes – Jamil Littlejohn  (FCN 6-7) | X | X | | |

- 1 -

JOINT EXHIBIT LIST

| # | Description | | | | |
|---|---|---|---|---|---|
| 6 | Park Water Co. Screen Shot (FCN 23) | | | | |
| 7 | Littlejohn's Responses to Requests for Admissions | X | X | | |
| 8 | Littlejohn's Responses to Interrogatories | X | X | | |
| 9 | FCN's Responses to Interrogatories | X | X | | |
| 10 | Form Letter 20 (FCN 113) | X | X | | |
| 11 | Cease Communication Policy (FCN 19-22) | X | X | | |
| 12 | TCPA Policy (FCN 110-112) | X | X | | |
| 13 | Communication with Attorney Policy (FCN 115-118) | X | X | | |
| 14 | Reserved (potential Park Water documents) | | | | |
| 15 | First Amended Complaint | | | | |
| 16 | Plaintiff's Memorandum of Points and Authorities in Support of Motion to Amend | | | | |
| 17 | Plaintiff's Reply Brief in Support of Motion to Amend | | | | |

Dated: January 9, 2017

ELLIS LAW GROUP LLP

By /s/ *Amanda N. Griffith*
Amanda Griffith
Attorney for Defendant
FINANCIAL CREDIT NETWORK

# CERTIFICATE OF SERVICE

I, Cheri Bowden, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On January 9, 2017, I served the following document(s) on the parties in the within action:

**JOINT EXHIBIT LIST**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Amy L. Bennecoff<br>Rachel R. Stevens<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002 | Attorneys for Plaintiff<br>Jamil Littlejohn |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 9, 2017.

By *Cheri Bowden* (signature)
Cheri Bowden