1  Mark E. Ellis - 127159
   Amanda N. Griffith - 288164
2  ELLIS LAW GROUP LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  agriffith@ellislawgrp.com

6  Attorneys for
   DEFENDANT FINANCIAL CREDIT NETWORK
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11  JAMIL LITTLEJOHN,                    Case No.:  2:15-cv-09780 JAK KS

12        Plaintiff,                     **NOTICE OF LODGING OF
                                         [PROPOSED] FINAL PRETRIAL
13  v.                                   CONFERENCE ORDER**

14  FINANCIAL CREDIT NETWORK, INC.,      *Pretrial Date:  January 23, 2017
                                         Time:            3:00 p.m.*
15        Defendant.                     *Courtroom:       10B
                                         Trial Date:      January 31, 2016*
16
                                         *Honorable John A. Kronstadt*
17

18       PLEASE TAKE NOTICE that pursuant to Local Rule 16, Defendant Financial

19  Credit Network, Inc. hereby lodges the parties' proposed Pretrial Conference Order.

20       The parties' proposed Pretrial Conference Order is attached hereto as Exhibit A.

21

22  Dated: January 9, 2017

23                                       ELLIS LAW GROUP LLP

24                                       By  /s/ *Amanda Griffith*
                                            Amanda N. Griffith
25                                          Attorney for
                                            DEFENDANT FINANCIAL CREDIT
26                                          NETWORK

27

28

                            - 1 -

## CERTIFICATE OF SERVICE

I, Cheri Bowden, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.   My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On January 9, 2017, I served the following document(s) on the parties in the within action:

**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**:  The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Amy L. Bennecoff<br>Rachel R. Stevens<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002 | Attorneys for<br>Plaintiff Jamil Littlejohn |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 9, 2017.

By _Cheri Bowden_

Cheri Bowden

- 2 -