**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIL LITTLEJOHN,<br><br>PLAINTIFF(S)<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>DEFENDANT(S). | CASE NUMBER: LA CV15-09780 JAK (KSx)<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT**<br><br>**JS-6** |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing; that the action be dismissed on the merits; and that the Defendant Financial Credit Network, Inc. recover from the Plaintiff its costs of action, taxed in an amount to be determined upon the filing and approval of the appropriate application.

Clerk, U. S. District Court

Dated: April 26, 2017

By _____
Andrea Keifer, Deputy Clerk